IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00266-MSK-BNB

MICHAEL SMITH,

Plaintiff,

v.

COMPUTER SCIENCES CORPORATION,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Motion to Amend Complaint** [docket no. 21, filed July 2, 2010] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached First Amended Complaint for filing.

DATED: July 23, 2010